## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ANN MARIE DONIO**
U.S. MAGISTRATE JUDGE

August 12, 2008

MITCHELL H. COHEN COURTHOUSE
ONE JOHN F. GERRY PLAZA
ROOM 2010
P.O. BOX 850
CAMDEN, NJ 08101-0850
(856) 757-5211

**Electronically Filed**

Keith T. Smith, Esq.
kslaw21@verizon.net

William T. Reilly, Esq.
wreilly@mccarter.com

Jeffrey S. Siegel, Esq.
Morgan, Brown & Joy LLP
200 State Street
Boston, MA 02109-2605

*Re:- Gilmore v. Federated Department Stores, et al.*
*Civil Action No. 06-3020-JBS-AMD*

Dear Counsel:

The Joint Final Pretrial Order was signed on August 12, 2008. Please note that the jury trial of the above matter is scheduled to commence before the Honorable Jerome B. Simandle on a date to be set by Judge Simandle, and is expected to be completed in five (5) days.

Proposed voir dire questions, trial briefs, requests to charge, list of all witnesses and special interrogatories, if appropriate (original and one copy), shall be delivered to Judge Simandle no later than ten (10) days prior to the trial even if the trial is adjourned.

Very truly yours,

*Ann Marie Donio*
ANN MARIE DONIO
United States Magistrate Judge

AMD:slc
cc: Hon. Jerome B. Simandle
    Marnie Maccariella, Courtroom Deputy